**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-02221-REB-CBS

BOB ALLEN CUSTARD,

      Plaintiff,

v.

MR. BALSICK, *et al,*

      Defendants.

## MINUTE ORDER[1]

      The matter is before the court on the **Pltf's Objections to and Motion To Vacate Minute Order (Doc. 43)** [#46][2] filed April 11, 2016.  Plaintiff's complaint that he was not allowed to respond to the **Motion by Represented Defendants for Permission To File a Single 40-Page Motion To Dismiss** [#42], filed March 31, 2016, is not well-taken.  Although the Local Rules of this District provide for the submission of responses and replies to motions, they also grant this court full discretion to rule on a motion "at any time after it is filed."  **D.C.COLO.LCivR** 7(d).  Moreover, plaintiff fails to establish any colorable argument to suggest that the court's broad discretion in that regard has been abused.  Indeed, granting an extension of the extant page limitations established by the court's Civil Practice Standards in this instance benefits both the litigants and the court, as otherwise, each of the twelve represented defendants would be entitled to file his or its own 15-page motion.

      **THEREFORE, IT IS ORDERED** that the **Pltf's Objections to and Motion To Vacate Minute Order (Doc. 43)** is respectfully denied.

      Dated:  April 14, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#46]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.